IN RE:                                        CHAPTER 13
     Eric Brown                             CASE NO:08-49782
     Sara Brown          Debtor(s).         JUDGE: WALTER SHAPERO
_____/

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Chimko, Dzialo & Dimovski, P.C., Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $**Fees by Application,** in fees and $**by application** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **Fees by Application** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

✓ The Debtor(s) shall remit 100% of all tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval. The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor(s) become(s) entitled during the pendency of this Chapter 13 proceeding.

**Objections Withdrawn**

For Creditor _____

For Creditor _____

Approved:

| | |
|---|---|
| /s/ Tammy L. Terry | /s/ Daniela Dimovski |
| Chapter 13 Standing Trustee | Daniela Dimovski (P60278) |
| Tammy L. Terry | Attorney for Debtor(s) |
| 535 Griswold | PO Box 70368 |
| Suite 2100 | Rochester, MI 48307 |
| Detroit, MI 48226 | 248-564-4010 |
| 313-967-9857 | |

       **Signed on July 17, 2008**

                                               **_____/s/ Walter Shapero_____
                                               Walter Shapero
                                               United States Bankruptcy Judge**