## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**IN RE:**

| | |
|---|---|
| Eric M. Brown | Bankruptcy No. 08-49782 |
| Sara L. Brown | Honorable Walter Shapero |
| | Chapter 13 |
| Debtors. | |
| _____/ | |

**FIRST ORDER APPROVING PAYMENT OF POST-CONFIRMATION ATTORNEY FEE AND COSTS APPLICATION AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO L.B.R. 9014-1 AND 2016-1 (E.D.M.) FROM JULY 18, 2008 THROUGH MARCH 20, 2009**

Weik and Associates, P.C., having filed an application for approval of fees and costs pursuant to LBR 2016-1 and 9014-1; notice being sent to the Debtor(s) and Chapter 13 Trustee, a response having been filed and the Trustee and the Debtor having come to this agreement; and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The Court approves Applicant's fees and expenses as follows:

| | |
|---|---:|
| Prior award for fees: | $ 4,253.50 |
| Prior award for cost: | $ 148.14 |
| **Total award to date:** | **$ 4,401.64** |
| | |
| Present award for fees: | $ 798.00 |
| Present award for cost: | $ 114.87 |
| **Present award:** | **$ 912.87** |
| | |
| Amount paid directly by Debtor(s) | $ 0.00 |
| **Balance to be paid from Chapter 13 Plan** | **$ 912.87** |
| | |
| **TOTAL OF FEES AND COSTS** | **$ 5,314.51** |

2. This award covers services rendered and costs incurred from JULY 18, 2008 THROUGH MARCH 20, 2009.
3. Debtor('s)(s') counsel shall serve a copy of this Order upon the Chapter 13 Trustee.
4. The Chapter 13 Trustee shall disburse to Applicant the fees and costs awarded herein from the funds which first become available, subject to fees due and payable to the Clerk's and Trustee's fees.
5. To the extent that fees and costs pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following dismissal.

**IT IS SO ORDERED.**

.

Signed on August 05, 2009

                                                                /s/ Walter Shapero  
                                                                Walter Shapero  
                                                                United States Bankruptcy Judge