UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

ERIC M. BROWN  Case No. 08-49782
SARA L. BROWN  Honorable WALTER SHAPERO
    Debtors.  Chapter 13
_____/

**THIRD ORDER AWARDING AND APPROVING PAYMENT OF POST-CONFIRMATION ATTORNEY FEE AND COSTS APPLICATION AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO L.B.R. 9014-1 AND 2016-1 (E.D.M.) FROM DECEMBER 5, 2009 THROUGH OCTOBER 25, 2010**

    This matter having come on to be heard upon the application of the attorney for the Debtor(s), all interested parties having been served with notice of the application and the provisions of L.B.R. 9014-1 and 2016-1 (E.D.M.) having been met, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Court approves applicant's fees and expenses as follows:

| | |
|---|---|
| Prior award for Fees: | $5413.50 |
| Prior award for Costs: | $ 264.31 |
| Total award to Date: | $5,677.81 |
| | |
| This award for Fees: | $291.50 |
| This award for Costs: | $ 2.54 |
| Total this award: | $294.04 |
| | |
| Amount paid directly by Debtor(s) | $ 0.00 |
| **Balance to be paid from Chapter 13 Plan** | **$294.04** |
| | |
| GRAND TOTAL FEES AND COSTS | $5,971.85 |

2. This award covers services rendered and expenses incurred from DECEMBER 5, 2009 THROUGH OCTOBER 25, 2010 .

3. Debtor's(s') counsel shall serve a copy of this Order upon the Chapter 13 Trustee.

4. The Chapter 13 Trustee shall disburse to applicant the fees and expenses awarded herein from the funds which first become available, subject to fees due and payable to the Clerk's office and Trustee's fees.

5. To the extent that fees and costs pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following dismissal.

.

**Signed on November 24, 2010**

                                            /s/ Walter Shapero
                                            **Walter Shapero**
                                            **United States Bankruptcy Judge**