UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
ERIC M. BROWN  
SARA L. BROWN

CASE NO. 08-49782-WSD  
CHAPTER 13 PROCEEDINGS  
HON. WALTER SHAPERO.DETROIT

_____  
Debtors

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| ERIC M. BROWN<br>SARA L. BROWN<br>11931 SUTFIN<br>HORTON, MI 49246-0000<br>SSN: XXX-XX-1388 or XXX-XX-5677 | N/A | N/A | DEBTOR REFUND | 1409275 | 9/13/11 | $ 4.05 |

DATED: September 15, 2011

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0849782 00000 017414 1409275
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 09/13/2011  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1409275

| 0849782 | ERIC M. BROWN & SARA L. BROWN | | | 4.05 | 0.00 | 4.05 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
535 Griswold St, Ste 111-615  
Detroit, MI 48226  
(313)967-9857

64-79/611

CHECK NO. 1409275  
SunTrust Bank

FOR ERIC M. BROWN and SARA L. BROWN  
BK:0849782 ACCT:  
PRIN: 4.05 INT: 0.00

DATE Sep 13, 2011  
AMOUNT  
**********4.05

PAY  **4.05**  
Four And 05 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $4.05  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

| | |
|---|---|
| IN THE MATTER OF:<br>ERIC M. BROWN<br>SARA L. BROWN<br><br>_____ Debtors _____ | CASE NO. 08-49782-WSD<br>CHAPTER 13 PROCEEDINGS<br>HON. WALTER SHAPERO.DETROIT |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**CHIMKO & ASSOCIATES
26212 WOODWARD
ROYAL OAK, MI 48067**

**Last Known Address for Debtors:**

**ERIC M. BROWN
SARA L. BROWN
11931 SUTFIN
HORTON, MI 49246**

DATED: September 15, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226